FILED: July 8, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1691 (L)
(8:13-cv-00066-DKC)

_____

MONTGOMERY COUNTY, MARYLAND, on behalf of itself and all others similarly situated

       Plaintiff - Appellant

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation; FEDERAL HOUSING FINANCE AGENCY, a federal agency, as conservator for Federal National Mortgage Association and Federal Home Loan Mortgage Corporation

       Defendants - Appellees

_____

No. 13-1752
(9:12-cv-01912-RMG)
(3:12-cv-02165-RMG)

_____

DALE L. BUTTS, as Register of Deeds of Beaufort County, South Carolina, individually and on behalf of all others similarly situated; JOHN HOPKINS, as Register of Deeds of Richland County, South Carolina, on behalf of himself and all others similarly situated

       Plaintiffs - Appellants

and

GAIL LANEY, as Register of Deeds of Orangeburg County, on behalf of themselves and all others similarly situated; JAMES B. HIERS, as Register of Deeds and Clerk of Court of Bamberg County, on behalf of themselves and all others similarly situated; RHONDA MCELVEEN, as Register of Mesne Conveyances and Clerk of Court of Barnwell County, on behalf of themselves and all others similarly situated; CHARLIE LYBRAND, as Register of Mesne Conveyances of Charleston County, on behalf of themselves and all others similarly situated; TIMOTHY NANNEY, as Register of Deeds of Greenville County, on behalf of themselves and all others similarly situated; BALLERY SKIPPER, as Register of Deeds of Horry County, on behalf of themselves and all others similarly situated; DAVID ADAMS, as Treasurer of Richland County, on behalf of themselves and all others similarly situated

       Plaintiffs

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, a/k/a Fannie Mae, a federally chartered private corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a/k/a Freddie Mac, a federally chartered private corporation

       Defendants - Appellees

FEDERAL HOUSING FINANCE AGENCY, Conservator of Federal National Mortgage Association; Conservator of Federal Home Loan Mortgage Corporation

       Intervenor/Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to consolidate, the court grants the motion and consolidates Case No. 13-1691 and Case No. 13-1752.

The court grants an extension of the briefing schedule as follows:

Appendix due:  08/08/2013

Opening brief due:  08/08/2013

Response brief due:  09/11/2013

Any reply brief due: 14 days from service of response brief.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>